```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

INTACT INSURANCE, ET AL.,

        Plaintiffs,      25-cv-4362 (JGK)

  - against -              ORDER

GLOBERUNNERS INCORPORATED,

        Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 25, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 18, 2025**

                                          /s/ John G. Koeltl
                                             **John G. Koeltl
                                     United States District Judge**