```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTACT INSURANCE, et al.,
                        Plaintiff(s)

        -against-                                              25 civ 4362 (JGK)

GLOBERUNNERS INCORPORATED,
                        Defendant(s).
------------------------------------------------------------X
```

## ORDER

The conference scheduled for Wednesday, September 10, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 3, 2025